# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TERRY TURNER, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 16-CV-131-SMY-MAB |
| WARDEN SPILLER, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On March 11, 2016, this case was consolidated with *Ross v. Gossett*, Case No. 15-cv-309-SMY-MAB. However, because Turner's claims concern events at Pinckneyville Correctional Center and not the correctional centers at issues in *Ross,* the cases were severed on March 25, 2019. Since that time, Defendants have entered an appearance and filed an Answer.

Within 2 months of consolidation but prior to severance, the Clerk of Court was informed that Turner no longer was housed at Western Illinois Correction Center but was residing at 3208 West 66th Street, 1st Floor, Chicago, Illinois. Turner was therefore directed to inform the Clerk of his change of address on or around May 24, 2017 (Doc. 10). To date, Turner has not provided his current address in this matter or in *Ross*.

Accordingly, pursuant to Local Rule 3.1(b), Plaintiff Terry Turner is again **DIRECTED** to file a Notice with the Clerk of Court setting forth his current address **within 14 days of the date of this Order. Failure to do so shall result in an Order dismissing this case with prejudice.** The Clerk is **DIRECTED** to send a copy of this Order to Turner's address of record and the above address in Chicago, Illinois.

**IT IS SO ORDERED.**

**DATED: October 9, 2019**

**STACI M. YANDLE**
**United States District Judge**